# In the United States Court of Federal Claims

No. 12-147 C

(Filed March 21, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
PAUL ANDREWS,                     *
                                  *
          Plaintiff,              *
                                  *
    v.                            *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER FOR ENTRY OF JUDGMENT

    The Clerk's Office is directed to **ENTER** judgment in the above-captioned case in accordance with the parties' stipulation for entry of judgment filed on March 18, 2013.

    **IT IS SO ORDERED.**

                                                    s/Lynn J. Bush  
                                                    LYNN J. BUSH  
                                                    Judge