# In the United States Court of Federal Claims

No. 12-147 C

(Filed March 21, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
PAUL ANDREWS,                            *
                                         *
            Plaintiff,                   *
                                         *
      v.                                 *
                                         *
THE UNITED STATES,                       *
                                         *
            Defendant.                   *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER FOR ENTRY OF JUDGMENT

  The Clerk's Office is directed to **ENTER** judgment in the above-captioned case in accordance with the parties' stipulation for entry of judgment filed on March 18, 2013.

  **IT IS SO ORDERED.**

s/Lynn J. Bush<br>
LYNN J. BUSH<br>
Judge